# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    MICHAEL D JONES

       Debtor(s)

Case No. 12-35173

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/04/2012.

2) The plan was confirmed on 11/15/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 04/19/2013.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,571.85.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,962.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$1,962.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,863.90 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $98.10 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,962.00** |

Attorney fees paid and disclosed by debtor:     $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICES | Unsecured | 292.00 | 1,110.97 | 1,110.97 | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | NA | 247.95 | 247.95 | 0.00 | 0.00 |
| AFNI | Unsecured | 4,972.62 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 2,582.00 | 2,582.08 | 2,582.08 | 0.00 | 0.00 |
| ALISON HAGGERTY BUICK | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| ALISON HAGGERTY BUICK PONTIAC | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,444.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,198.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Secured | 9,307.00 | 10,067.36 | 10,067.36 | 0.00 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Unsecured | 1,416.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 4,186.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 565.00 | 2,319.00 | 2,319.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 2,209.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,181.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GENESIS | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| GREGORY EMERGENCY | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 3,581.00 | 3,732.71 | 3,732.71 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 953.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 7,700.00 | 7,738.75 | 7,738.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,080.61 | 1,080.61 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 452.00 | 2,349.21 | 2,349.21 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 549.00 | 549.52 | 549.52 | 0.00 | 0.00 |
| MACYS | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 2,676.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,234.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,387.00 | 1,386.71 | 1,386.71 | 0.00 | 0.00 |
| MONTEREY FINANCIAL | Unsecured | 5,224.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 1,553.22 | 1,553.22 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 5,349.78 | 5,349.78 | 5,349.78 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 482.00 | 481.67 | 481.67 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 614.00 | 613.53 | 613.53 | 0.00 | 0.00 |
| PYRAMID ALARM | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| REALTY CONSULTING SVC INC | Unsecured | 1,890.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 9,257.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CARDIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 678.00 | 677.69 | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 786.90 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Unsecured | 4,973.00 | NA | NA | 0.00 | 0.00 |
| STH SUBURBAN | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 2,260.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| US BANK DDA | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 878.00 | NA | NA | 0.00 | 0.00 |
| VANGUARD/NATIONAL RENT A CAR | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERSIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICE | Unsecured | 5,349.78 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 40,000.00 | 40,881.07 | 40,000.00 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 121,616.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 40,000.00 | 154,005.21 | 194,886.28 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Secured | 8,949.15 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $194,886.28 | $0.00 | $0.00 |
| Mortgage Arrearage | $40,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,067.36 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$244,953.64** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $3,732.71 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,349.21 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$6,081.92** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$25,013.79** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,962.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,962.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/14/2013                              By: /s/ Tom Vaughn

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**